### ANONYMOUS.

A declaration in ejectment may be amended by altering the date of the demise.

*Vroom* moved to amend the declaration by altering the time of the devise, and cited *Den ex dem. Hoover* v. *Franklin* and *Sharp,* 2 *South.* 850 and *Adams on Eject.* 202, 3.

BY THE COURT.—Let the amendment be made.